UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER HERNANDEZ et al.,<br><br>Defendants. | Case No. 2:26-cv-04863-SB-PD<br><br>ORDER TO SHOW CAUSE |

Plaintiff filed his complaint on May 5, 2026. On May 22, 2026, Plaintiff served Defendant Ktzm, LLC, and on June 29. 2026, he served Defendant Alexander Hernandez. *See* Dkt. Nos. 12, 18. Defendants failed to timely respond, and Plaintiff has not sought entry of default against either Defendant. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than August 10, 2026, why his claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before August 10, 2026, of an application for entry of default against each Defendant under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: July 31, 2026

Stanley Blumenfeld, Jr.
United States District Judge